No. 01–10823. LOPEZ-GARCIA v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 01–10824. LOCKLEAR v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 01–10825. MANNING v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 01–10826. JOHNSON v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 01–10827. JOHNSON v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 01–10828. SALAZAR v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 01–10829. SINGH v. BUREAU FOR PRIVATE POSTSECONDARY AND VOCATIONAL EDUCATION OF CALIFORNIA. C. A. 9th Cir. Certiorari denied.

No. 01–10831. THOMAS v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 01–10833. TINOCO-JAIMES v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 01–10834. WADE v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 01–10835. LEGETTE v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 01–10837. MAYERS v. UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 01–10838. BENNETT v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 01–10839. BORTIS ET AL., DBA BORTIS CONSTRUCTION & DEVELOPMENT v. BURD ET UX. C. A. 9th Cir. Certiorari denied.

No. 01–10840. TAYLOR v. DIRECTOR, OFFICE OF WORKERS' COMPENSATION PROGRAMS, DEPARTMENT OF LABOR, ET AL. C. A. 11th Cir. Certiorari denied.